THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Anthony Oliphant, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Aiken County
James R. Barber, III, Trial Judge
 Doyet A. Early, III, Post-Conviction
 Relief Judge

Unpublished Opinion No. 2008-UP-275
 Submitted April 1, 2008  Filed May 22,
 2008    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney Wanda H. Carter, of Columbia for Petitioner.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General, John W. McIntosh, Assistant Deputy Attorney General, Salley W.
 Elliott, Assistant Attorney General Ashley McMahan, all of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Petitioner
 seeks a writ of certiorari from the denial of his application for
 post-conviction relief (PCR).  The State does not object to the PCR judges
 finding that petitioner did not knowingly and intelligently waive his right to
 a direct appeal.  Accordingly, we grant the petition for a writ of certiorari
 and proceed with a review of the direct appeal issue pursuant to Davis v.
 State, 288 S.C. 290, 342 S.E.2d 60 (1986).
Petitioners appeal is dismissed,[1] after consideration of his counsels brief and review pursuant to Anders v.
 California, 386 U.S. 738 (1967).  Counsels motion to be relieved is
 granted.
APPEAL DISMISSED.
HUFF, KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.